**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| ALLYSON GIBSON, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )     No. 2:26-cv-02532-SHL-cgc |
| | ) |
| VIBRANT HOTELS, INC. d/b/a | ) |
| ALOFT MEMPHIS DOWNTOWN, | ) |
| | ) |
|    Defendant. | ) |

**ORDER DIRECTING THE PARTIES TO SUBMIT
SETTLEMENT AGREEMENT FOR COURT APPROVAL**

On July 8, 2026, Plaintiff Allyson Gibson filed a Notice of Dismissal with Prejudice (ECF No. 13), notifying the Court that the Parties reached a settlement in this matter. However, because Gibson's claims arise out of the Fair Labor Standards Act ("FLSA"), any settlement of this dispute requires the Court's approval. See Steele v. Staffmark Invs., LLC, 172 F. Supp. 3d 1024, 1026–28 (W.D. Tenn. 2016). Therefore, the Court **ORDERS** the parties to submit the terms of the settlement agreement for the Court's approval by **July 25, 2026.**

    **IT IS SO ORDERED**, this 9th day of July, 2026.

                           s/ Sheryl H. Lipman
                           SHERYL H. LIPMAN
                           CHIEF UNITED STATES DISTRICT JUDGE