**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| ALLYSON GIBSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 2:26-cv-02532-SHL-cgc |
| | ) |
| VIBRANT HOTELS, INC. d/b/a | ) |
| ALOFT MEMPHIS DOWNTOWN, | ) |
| | ) |
| Defendant. | ) |

**JUDGMENT**

**JUDGMENT BY COURT.**  This action having come before the Court on Plaintiff's Complaint, (ECF No. 1), filed on May 8, 2026,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Notice of Dismissal with Prejudice (ECF No. 13), all claims by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

July 13, 2026
Date